VILLAGE OF TUPPER LAKE, Appellant, v. PAUL SMITH'S ELECTRIC LIGHT AND POWER AND RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

SAM GREGO, Appellant, v. SAM DEMARIO, Respondent, and Others, Defendants.— Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence, and for errors of law in admitting statement of Angelo Demario. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

SAMUEL THOMPSON, Respondent, v. FRED LASSIAL, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

CHARLES FERRELLO and Another, Appellants, Respondents, v. ROCCO POSSEMATO and Another, Respondents, Appellants.— Judgment unanimously affirmed, without costs. (See Coulson & Forbes, Law of Waters [4th ed.], p. 161; McGetrick v. Shoecraft, 198 App. Div. 278; Barkley v. Wilcox, 86 N. Y. 140; Sabetto v. New York Central & H. R. R. R. Co., 127 App. Div. 832.) Present — Van Kirk, P. J., Davis. Whitmyer, Hill and Hasbrouck, JJ.

EFFIE FINCH, Respondent, v. LAFAYETTE R. COLE and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Judicial Settlement of the Account of IVA ALLEN, as Administratrix, etc., of LEWIS ALLEN, Deceased.— Decree unanimously affirmed and matter remitted to the Surrogate's Court to determine the costs to be allowed to the respective parties. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ALBANY GARAGE COMPANY, Appellant, v. JOHN S. MORRIS, Respondent.— Judgment unanimously affirmed, with costs — Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LENA LEVINE, Appellant, v. VAN DECAR-HARMON Co. (a Corporation), Respondent. SOL LEVINE, Appellant, v. VAN DECAR-HARMON Co. (a Corporation), Respondent.— Judgments unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EDWARD HARRIS, Respondent, v. MISCHA BARENBLATT, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.